# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES EDWARD SCOTT,

                Plaintiff,

  v.

CYNTHIA GREEN, et al.,

                Defendants.

3:23-cv-00271-MMD-CSD

**ORDER**

On August 6, 2024, the Office of the Attorney General filed their Answer to Plaintiff's Civil Rights Complaint. (ECF No. 16.) The Answer failed to address the status of service for Defendant Harrington.

**IT IS HEREBY ORDERED** that the Office of the Attorney General shall advise the court **within fourteen (14) days** whether it can accept service for Defendant Harrington. If the Office cannot accept service, the Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address of this Defendant. If the last known address is a post office box, the Office shall attempt to obtain and provide the last known physical address.

DATED: August 7, 2024.



Craig S. Denney
United States Magistrate Judge