# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES EDWARD SCOTT, III,

    Plaintiff

v.

CYNTHIA GREEN, et al.,

    Defendants

Case No.: 3:23-cv-00271-MMD-CSD

**Order**

Re: ECF No. 32

Defendants filed a motion for summary judgment on June 2, 2025. (ECF No. 32.)
Plaintiff's response was due on or before June 24, 2025. To date, no response has been filed.
Plaintiff has up to and including **August 13, 2025**, to file a response to Defendants' motion.

**IT IS SO ORDERED**.

Dated: July 30, 2025

_____
Craig S. Denney
United States Magistrate Judge